JS-6

GARRISON H. DAVIDSON, Bar No. 157426
gdavidson@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY LEE ROTZ, an individual, doing business as COMPACT STORAGE SPECIALIST; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. CV 11-04457R(OPx)<br><br>[PROPOSED] JUDGMENT<br><br>Before the Honorable<br>Manuel L. Real |

Pursuant to that certain Confession of Judgment executed by ROTZ, INC., a California corporation dba COMPACT STORAGE SPECIALIST and presented to this Court, and in connection with the Stipulated Dismissal filed concurrently herewith, therefore,

///

<u>IT IS HEREBY ORDERED, ADJUDGED AND DECREED</u> that <u>CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION</u> and <u>BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS</u> have judgment against ROTZ, INC., a California corporation doing business as <u>COMPACT STORAGE SPECIALIST</u>, as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $109,537.56 |
| 2. | Audit Fees | 2,100.00 |
| 3. | Interest | 48,803.26 |
| 4. | Costs | 0.00 |
| 5. | Attorneys' fees | 6,189.26 |
| | GRAND TOTAL | $166,630.08 |

DATED: Nov. 2, 2012

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: _____
GARRISON H. DAVIDSON
Attorney for Plaintiffs

BEST, BEST & KRIEGER, LLP

By: _____
ELIZABETH A. JAMES
Attorney for ROTZ, INC.

2